1

2

3

4

5

6

7    UNITED STATES BANKRUPTCY COURT

8    NORTHERN DISTRICT OF CALIFORNIA

9    In re

10   ALPHONSE SILVESTRI,                                    No. 16-10378

11                              Debtor(s).
     _____/

12
                                  Memorandum
13                          _____

14        The Clerk's notes entered on the docket after the hearing in this matter on September 16, 2016,

15   are in error.  As the audio recording of the hearing makes clear, the court did not order that the motion

16   before the court was  "granted in full" or specify a date by which an objection to discharge must be

17   filed.  The court merely stated that it felt that the U.S. Trustee should have the full amount of time she

18   wanted rather than set some sort of compromise date.  The court's personal notes, made at the time of

19   the hearing, reflect that the motion was "granted."  The order the court signed on September 23

20   (drafted by the U.S. Trustee and approved by counsel for the Debtor and counsel for the Department of

21   Labor) is consistent with the court's decision.  If it is mistaken, the mistake was not the court's.

22

23   Dated:  January 3, 2017

24

25
                                                          Alan Jaroslovsky
26                                                        U.S. Bankruptcy Judge